UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 23-1943-KK** | Date: | November 27, 2023 |
|---|---|---|---|
| Title: | *Colton Bryant v. Suphaphorn Charukulvanich et al* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute**

On September 22, 2023, plaintiff Colton Bryant ("Plaintiff") filed a Complaint against defendants Suphaphorn Charukulvanich and Songkham Thi ("Defendants"). ECF Docket No. ("Dkt.") 1. On October 12, 2023, Plaintiff served the summons and Complaint on defendant Thi, and on October 15, 2023, Plaintiff served the summons and Complaint on defendant Charukulvanich. Dkts. 12, 13. Defendants Thi and Charukulvanich were required to answer the Complaint within 21 days after the Complaint was served, i.e., no later than November 2, 2023 and November 6, 2023, respectively. See FED. R. CIV. P. 12(a)(1)(A). Defendants have not filed answers to the Complaint. However, Plaintiff has not filed a request for entry of default against either defendant.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed as to Defendants for failure to prosecute. Plaintiff shall have **up to and including December 6, 2023** to respond to this Order. Plaintiff may discharge this Order to Show Cause by filing a request for entry of default against Defendants.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice as to Defendants for failure to prosecute and comply with Court orders. See FED. R. CIV. P. 41(b).**

**IT IS SO ORDERED.**